JS - 6/ENTER



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY D. COLEMAN, | Case No. EDCV 13-0138-CAS (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| KENNEY KALIAN, et al., | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 20, 2013

Christina A. Snyder
United States District Judge

